# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBRA TRAWICK, ) | |
| ) | Civil Action No.: |
| Plaintiff, ) | |
| ) | 1:20-cv-00821-AT-CCB |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SUNRISE SENIOR LIVING, ) | |
| MANAGEMENT, INC. D/B/A ) | |
| SUNRISE OF EAST COBB, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Sunrise Senior Living Management, Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, submits this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.    Plaintiff Debra Trawick; and

b. Defendant Sunrise Senior Living Management, Inc. Sunrise Senior Living Management, Inc. is a wholly-owned subsidiary of Sunrise Senior Living, LLC, a privately held LLC incorporated in Delaware with its principal place of business in Virginia. No publicly held corporation owns 10 percent or more of the stock of Sunrise Senior Living Management, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: <u>None</u>.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff: Sheri Bagheri, Esquire
**Barrett & Farahany, LLP**
1100 Peachtree Street NE, Suite 500
Atlanta, GA 30309
sheri@justiceatwork.com
*Plaintiff's Counsel of Record*

Defendant: Tracie Johnson Maurer
Jackson Lewis P.C.
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
(404) 525-8200

Respectfully submitted this 27th day of March, 2020.

**JACKSON LEWIS P.C.**

/s/ *Tracie Johnson Maurer*
Tracie Johnson Maurer
Georgia Bar No. 395670

171 17th Street, NW, Suite 1200
T: (404) 525-8200
F: (404) 525-1173
Email:  tracie.maurer@jacksonlewis.com

COUNSEL FOR DEFENDANT

## **CERTIFICATION**

In accordance with LR 5.1C, NDGa, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Tracie Johnson Maurer*
Georgia Bar No. 395670

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBRA TRAWICK, ) | |
| ) | Civil Action No.: |
| Plaintiff, ) | |
| ) | 1:20-cv-00821-AT-CCB |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SUNRISE SENIOR LIVING, ) | |
| MANAGEMENT, INC. D/B/A ) | |
| SUNRISE OF EAST COBB, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I certify that on <u>March 27, 2020</u>, I electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing, along with a true and correct copy of the same to the following Plaintiff's attorney of record:

> Sheri Bagheri, Esquire
> **Barrett & Farahany, LLP**
> 1100 Peachtree Street NE, Suite 500
> Atlanta, GA 30309
> sheri@justiceatwork.com

>                     */s/ Tracie Johnson Maurer*
>                     Tracie Johnson Maurer
>                     Georgia Bar No. 395670